# Court of Appeals
## Tenth Appellate District of Texas

10-25-00043-CV

Elisha Holloway,
Appellant

v.

BT1, LLC, BTH2 LLC, and Verbena Management Company, LLC,
Appellees

On appeal from the
County Court at Law No. 1 of Ellis County, Texas
Judge James S. Chapman, presiding
Trial Court Cause No. 25-C-3048

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed an interlocutory appeal pursuant to Civil Practice and Remedies Code Section 51.014(a). By letter dated February 19, 2025, the Clerk of this Court notified Appellant that the appeal is subject to dismissal because there is no appealable order and that the appeal would be dismissed unless, within 14 days, a response was filed showing grounds for continuing the appeal. A response was filed on February 20, 2025, but it does not show any

ground to continue the appeal. In her notice of appeal, docketing statement, and response, Appellant admits that no order has been entered by the trial court in this proceeding.

Accordingly, this appeal is dismissed for want of jurisdiction. Any pending motions are denied.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: February 27, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
OT06

